UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GLICKSTEIN; G ASSET MANAGEMENT,

          Plaintiff,

-against-

DAVID LESSER; MILLENNIUM INVESTMENT & ACQUISITION COMPANY, INC.,

          Defendants.

20-CV-4233 (LLS)

CIVIL JUDGMENT

    By order issued September 8, 2020, the Court dismissed this action for lack of subject matter jurisdiction but granted Plaintiff thirty days' leave to file an amended complaint. The Court directed Plaintiff to plead facts in his amended complaint establishing that this Court has subject matter jurisdiction over his claims. Plaintiff has not filed an amended complaint.

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for lack of subject matter jurisdiction under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

    IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.[1]

SO ORDERED.

Dated:   October 21, 2020
           New York, New York

                                                      Louis L. Stanton
                                                         U.S.D.J.

---

[1] Plaintiff consents to receive electronic service of notices and documents in this case. (ECF No. 3.)